IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | Case No. 4:15-cv-00539 |
| | : | |
| v. | : | |
| | : | |
| ICON LEGACY CUSTOM MODULAR HOMES and ICON LEGACY | : | (Judge Brann) |
| | : | |
| Defendant. | : | |

**ORDER**
July 30, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant Icon Legacy Custom Modular Home's Motion to Dismiss (ECF No. 9) is **DENIED** without prejudice as to its ability to file a similar action in the future.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge