## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WESTFIELD INSURANCE : No. 4:15-cv-00539
COMPANY, :
  : (Judge Brann)
         Plaintiff, :
  :
   v. :
  :
ICON LEGACY CUSTOM :
MODULAR HOMES AND ICON :
LEGACY, :
  :
        Defendants. :

## ORDER

**AND NOW**, this 12th day of May 2017, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Defendant's Motion to Compel, ECF No. 60, is **DENIED**.

2.    Defendant's Motion for Sanctions, ECF No. 64, is **DENIED**.

3.    The following renewed case management deadlines apply to this case:

    a.    Fact Discovery ................May 26, 2017

    b.    Dispositive Motions ........July 10, 2017

4.    No further extensions of these case management deadlines will be

granted, unless such extensions are made jointly by the parties.

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge