# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | No. 4:15-CV-00539 |
| Plaintiff. | (Judge Brann) |
| v. | |
| ICON LEGACY CUSTOM MODULAR HOMES, | |
| ICON LEGACY, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 13th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment, ECF No. 95, is **GRANTED.**

2. Plaintiff has no duty to defend or indemnify Defendant in any of the three following, underlying actions:

   a. *Bilal Ahmad v. Icon Legacy Custom Modular Homes, LLC, et al.*, No. 20140499, in the Supreme Court of New York, Otsego County;

   b. *Anthony Messana, et al. v. Modular America Construction Corporation, et al.*, No. ESCV2014-01700-A, in the Superior Court of Massachusetts, Essex County; and

    c. *Dagney Trevor v. Icon Legacy Custom Modular Homes, L.L.C., et al.*, No. 1096-11-15, in the Vermont Superior Court, Chittenden Unit.

3. Defendant's Motion for Summary Judgment, ECF No. 91, is **DENIED.**

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and close this case.

                          BY THE COURT:

                          *s/ Matthew W. Brann*
                          Matthew W. Brann
                          United States District Judge